UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNY HWANG, on behalf of herself
and all others similarly situated,

        Plaintiffs,

-against-

CASPER SLEEP, INC.

        Defendant.

Case No. 1:22-cv-4437

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
            October 6, 2022

Respectfully Submitted,

/s/ Mars Khaimov
By:   Mars Khaimov, Esq.
108-26 64th avenue, Second Floor
Forest Hills, New York 11375
Tel (929) 324-0717
Fax (929) 333-7774
Email: mars@khaimovlaw.com
*Attorney for Plaintiff*

The application is ☒ granted. ☐ denied.
SO ORDERED
/s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: Oct. 6, 2022
Brooklyn, New York